MISSOURI ex rel. JOHNSON, ADMINISTRATRIX, et al. *v.* CLAY, SUPERINTENDENT OF DIVISION OF INSURANCE, et al.

No. 607.  Decided January 21, 1963.

*Walter A. Raymond* for appellants.

*Thomas F. Eagleton,* Attorney General of Missouri, *Harry H. Kay,* Special Assistant Attorney General, and *John C. Baumann* for Clay, and *James M. Douglas* and *William G. Guerri* for Aetna Insurance Co., appellees.

Per Curiam.

The motions to dismiss are granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

BENDIX CORPORATION *v.* RADIO POSITION FINDING CORP.

No. 645.  Decided January 21, 1963.

*Edward S. Irons* and *Harold J. Birch* for appellant.
*William D. Hall* for appellee.

Per Curiam.
The judgment is affirmed.